ACCEPTED
06-15-00017-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/26/2015 2:59:54 PM
DEBBIE AUTREY
CLERK

No. 06-15-00017-CV

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/26/2015 2:59:54 PM
DEBBIE AUTREY
Clerk

BILLY FITTS and FREIDA FITTS,

Appellants,

v.

MELISSA RICHARDS-SMITH, THE LAW FIRM OF GILLAM & SMITH, LLP,
E. TODD TRACY, and THE TRACY LAW FIRM,

Appellees.

On Appeal from the 71st District Court of Harrison County, Texas
Trial Court Cause No. 14-0150

E. TODD TRACY'S AND THE TRACY LAW FIRM'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE THEIR APPELLEES' BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, E. Todd Tracy and the Tracy Law Firm, Appellees, and pursuant to Rule 10.5(b) and Rule 55.7 of the Texas Rules of Appellate Procedure, file this Unopposed Motion for an Extension of Time to File their Appellee's Brief.

1.      E. Todd Tracy and the Tracy Law Firm's brief is currently due on July 8, 2015. Appellees request a thirty day extension of time, until Friday, August 7, 2015, to file their brief.

2.      E. Todd Tracy and the Tracy Law Firm reasonably request this extension of time because: (i) the Clerk's Record required numerous supplementations to include the requested pleadings and exhibits, including a recent filing on June 17, 2015, one week after the Appellants'

E. Todd Tracy's and The Tracy Law Firm's Unopposed Motion                    Page 1
for Extension of Time to File their Appellee's Brief

Brief was filed, and (ii) Appellees' counsel will be out of the country and unavailable from June 22-June 26, 2015.

3. Appellees Melissa Richards-Smith and The Law Firm of Gilliam & Smith LLP are also filing a motion requesting an extension until August 7, 2015 due to their appellate counsel's schedule. Granting this extension of time will allow all Appellees to file their respective briefs at the same time.

4. This request is E. Todd Tracy and the Tracy Law Firm's first request for an extension of time. No prior extensions have been requested or granted to Appellees.

5. Appellees request this extension not in order to delay this matter, but due to its' counsel's schedule and in the interest of justice. All parties are unopposed to this request for an extension of time.

For these reasons stated above, E. Todd Tracy and the Tracy Law Firm ask the Court to grant their unopposed extension of time to file Appellees' Brief, until August 7, 2015.

Respectfully submitted,

**CAMPBELL & CHADWICK, P.C.**

_/s/ Lindsay McNutt_____
BRUCE A. CAMPBELL
STATE BAR NO. 03694500
LINDSAY MCNUTT
STATE BAR NO. 24058823
4201 Spring Valley Rd., Suite 1250
Dallas, TX  75244
Telephone: (972) 277-8585
Facsimile: (972) 277-8586
Email: bcampbell@cllegal.com
Email: lmcnutt@cllegal.com

**ATTORNEYS FOR APPELLEES,
E. TODD TRACY AND THE TRACY LAW
FIRM**

**CERTIFICATE OF CONFERENCE**

On June 26, 2015, Lindsay McNutt, counsel for Appellees, conferred with Lindsey Rames, counsel for Appellants, and Sara Churchin, counsel for the Smith Appellees, regarding this request for a 30-day extension of time. Both Ms. Rames and Ms. Churchin advised that they are unopposed to this request for an extension of time.

        /s/ Lindsay McNutt_____


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document was served pursuant to the Texas Rules of Civil Procedure on the June 26, 2015, as follows:

Lindsey Rames
RAMES LAW FIRM
Attorney for Plaintiffs
5661 Mariner Drive
Dallas, Texas 75237
*Attorneys for Appellants*

☐ Certified mail, return receipt requested
☐ Personal delivery / Hand Delivery
☐ Private delivery / FedEx
☐ Facsimile transfer
☐ First Class Mail
☒ E-filing

Carter Hampton
Hampton & Associates
Attorney for Plaintiffs
1000 Houston Street
Fort Worth, Texas 76102
*Attorneys for Appellants*

☐ Certified mail, return receipt requested
☐ Personal delivery / Hand Delivery
☐ Private delivery / FedEx
☐ Facsimile transfer
☐ First Class Mail
☒ E-filing

Wade Crosnoe
Shawn Phelan
Tommy Horan
THOMPSON COE
700 North Pearl Street, Suite 2500
Dallas, Texas 75201
*Attorneys for Smith Appellees*

☐ Certified mail, return receipt requested
☐ Personal delivery / Hand Delivery
☐ Private delivery / FedEx
☐ Facsimile transfer
☐ First Class Mail
☒ E-filing

        /s/ Lindsay McNutt_____